**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION**

| IN RE: BRENDA K. MOYER, Debtor | CHAPTER 13<br>BANKRUPTCY NO. 18-15062-REF |
|---|---|
| **ORDER** ||

AND NOW, this __8th__ day of __July__, 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses of Law Office of Stephen M. Otto, LLC filed herein, any responses thereto, and the opportunity for a hearing thereon, it is hereby ORDERED that said Application is GRANTED.

IT IS HEREBY ORDERED that counsel fees in the amount of $3,500.00, $1,000.00 of which has already been paid, leaving a balance due of $2,500.00; and expenses in the amount of $310, $310 of which has already been paid, leaving a balance due of $0.00 for the time period of July 20, 2018 through February 27, 2019 are APPROVED.

BY THE COURT: _/s/ Ashely_

_____
UNITED STATES BANKRUPTCY JUDGE