United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15062-amc
Brenda K. Moyer                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                Page 1 of 1               Date Rcvd: Jul 08, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
db             +Brenda K. Moyer,   13 Water Street,   Oley, PA 19547-8720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
      LISA   CANCANON    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
       Liability Company LisaC@w-legal.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
       Liability Company bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      STEPHEN MCCOY OTTO    on behalf of Debtor Brenda K. Moyer steve@sottolaw.com, info@sottolaw.com,
       no_reply@ecf.inforuptcy.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                                   TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION**

| IN RE: BRENDA K. MOYER, Debtor | CHAPTER 13<br>BANKRUPTCY NO. 18-15062-REF |
|---|---|
| **ORDER** ||

AND NOW, this __8th__ day of __July__, 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses of Law Office of Stephen M. Otto, LLC filed herein, any responses thereto, and the opportunity for a hearing thereon, it is hereby ORDERED that said Application is GRANTED.

IT IS HEREBY ORDERED that counsel fees in the amount of $3,500.00, $1,000.00 of which has already been paid, leaving a balance due of $2,500.00; and expenses in the amount of $310, $310 of which has already been paid, leaving a balance due of $0.00 for the time period of July 20, 2018 through February 27, 2019 are APPROVED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE